UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| Rodney L. Cherry, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Michael Hernandez, Joseph T. Ippolito, | ) | |
| City of New York, David Stand, | ) | 4:15-CV-57-BR |
| Scott BerttSchneider, Mary Hurt Phillips, | ) | |
| Laura E. Drager, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's objection to the M&R is OVERRULED, and the court ADOPTS the M&R as its own. This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B). This case is closed.

**This judgment filed and entered on June 9, 2015, and served on:**

Rodney L. Cherry (via US Mail at 515 Goldleaf Street, Rocky Mount, NC 27801)

June 9, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk